COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION FOR REHEARING

Appellate case name:     *Dinesh Kumar Shah v. The State of Texas*

Appellate case number:    01-10-01138-CR

Trial court case number:    1040406

Trial court:                182nd District Court of Harris County, Texas

Appellant's motion for rehearing is **DENIED**.

It is so **ORDERED**.

Judge's signature: /s/ Harvey Brown
                                   Acting for the Court

                        Panel consists of Justices Keyes, Massengale, and Brown.

Date:  May 10, 2013